UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America
                         Government,

          against-

Jalen Tarleton,
                 Defendant(s)
------------------------------------------------------------X

**MEDICAL ATTENTION FORM**

Before Judge : **Victoria Reznik** , U.S.M.J

Case Number:7:23-mj-1807

## TO THE WARDENS OF THE WCC, MCC, OR ANY OTHER DETENTION FACILITY:

The defendant has been remanded to the custody of the U.S. Marshals; in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed. The Court directs the Correctional Facility to provide the defendant with the necessary medical treatment.

**Immediate psychiatric evaluation.**

Dated: August 3, 2023
White Plains, NY

SO ORDERED:

_____
Victoria Reznik,
United States Magistrate Judge